MARGARET G. FOLEY
Nevada Bar No. 7703
RACHEL N. SOLOW
Nevada Bar No. 9694
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Paragon Defendants

FILED
ENTERED
RECEIVED
COUNSEL/PARTIES SERVED ON OF RECORD

JUL 01 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISSAC AVENDANO, an Individual; and ROLANDO DUENAS, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SECURITY CONSULTANTS GROUP, INC., a corporation; UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION, a labor organization; UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL 283, a labor organization; PARAGON SYSTEMS, INC., a corporation; and SECURITAS SECURITY SERVICES USA, INC., a corporation,<br><br>Defendants. | CASE NO. 3:13-cv-00168-HDM-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br>(First Request) |

/ / /

/ / /

4825-3217-3844.1                                                              3:13-cv-00168-HDM-VPC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND**
(First Request)

IT IS HEREBY STIPULATED between Plaintiffs ISSAC AVENDANO and ROLANDO DUENAS, by and through their counsel of record, John A. Tucker Co., L.P.A., and Ian E. Silverberg, Esq., P.C.; and Defendants SECURITY CONSULTANTS GROUP, INC.; PARAGON SYSTEMS, INC.; and SECURITAS SECURITY SERVICES USA, INC. (collectively, the "Paragon Defendants"); by and through their attorneys of record, Lewis Brisbois Bisgaard & Smith, LLP, that the time for the Paragon Defendants to respond to Plaintiffs' Complaint in accordance with Fed. R. Civ. P. 12 in this matter be extended ten (10) days from July 1, 2013, to and including Thursday, July 11, 2013.

This stipulation is entered to allow counsel sufficient time to consult with Paragon Defendants, who have offices outside of Las Vegas, Nevada.

DATED this 27th day of June, 2013.            DATED this 27th day of June, 2013.

JOHN A. TUCKER CO., L.P.A                     LEWIS BRISBOIS BISGAARD
                                              & SMITH LLP


_/s/ John A. Tucker_                          _/s/ Margaret G. Foley_
JOHN A. TUCKER, ESQ.                          MARGARET G. FOLEY, ESQ.
OH. S.Ct. #0055052                            Nevada Bar No. 7703
11367 Lair Road NE                            RACHEL N. SOLOW, ESQ.
Alliance, Ohio 44601                          Nevada Bar No. 9694
                                              6385 S. Rainbow Blvd., Ste. 600
IAN E. SILVERBERG, ESQ., P.C.                 Las Vegas, Nevada 89118
Ian E. Silverberg, Esq.                       *Attorneys for Paragon Defendants*
Nevada Bar No. 5501
227 Clay Street
Reno, NV 89501
*Attorneys for Plaintiffs*

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that the time for the Paragon Defendants to respond to Plaintiffs' Complaint in accordance with Fed. R. Civ. P. 12 in this matter is hereby extended ten (10) days from July 1, 2013, to and including Thursday, July 11, 2013.

DATED this ___ day of July 2013.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 27th day of June, 2013, I did cause a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND (First Request)** to be served via the CM/ECF filing system to all parties on the service list.

| | |
|---|---|
| John A. Tucker, Esq.<br>JOHN A. TUCKER CO., L.P.A.<br>11367 Lair Road NE<br>Alliance, OH 44601<br>Tel: 330.935.2530<br>Fax: 330.935.2540<br>*Counsel for Plaintiffs* | Ian E. Silverberg, Esq. P.C.<br>227 Clay Street<br>Reno, NV 89501<br>Tel: 775.348.1836<br>Fax: 775.348.6331<br>*Counsel for Plaintiffs* |

By ___/s/ Peggy Kurilla___
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP