**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ISAAC AVENDANO and ROLAND DUENAS,  )     3:13-cv-00168-HDM-VPC
                                    )
             Plaintiffs,            )
                                    )     ORDER
vs.                                 )
                                    )
SECURITY CONSULTANTS GROUP, INC.,   )
et al.,                             )
                                    )
             Defendants.            )
_____)

    The court stays its order (#52) entered January 28, 2014 so that the defendants may have an opportunity to file their objections to the plaintiffs' motion to file documents under seal (#49).  The defendants' response to the motion to file documents under seal shall be filed on or before February 7, 2014.  Should the plaintiffs wish to file a reply, they shall do so on or before February 17, 2014.

    In light of this order, the time for plaintiffs to file their response to the defendants' motion to disqualify (#47) shall be extended until ten days after the court issues a final ruling on the plaintiffs' motion to file documents under seal.

**IT IS SO ORDERED.**

    DATED: This 28th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE