**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ISAAC AVENDANO and ROLAND DUENAS,  )   3:13-cv-00168-HDM-VPC
                                                          )
            Plaintiffs,      )
                                                          )   ORDER
vs.                                                           )
                                                           )
SECURITY CONSULTANTS GROUP, INC.,)
et al.,                                        )
                                                           )
            Defendants.     )
_____)

    Plaintiffs in this action filed a motion for leave to file documents under seal (#49) on January 21, 2014.  The court granted the motion on January 28, 2014 (#52), but then stayed that order and set a briefing schedule (#54) after defendants United Government Security Officers of America, International Union, and United Government Security Officers of America, Local 283 ("union defendants") filed a motion to reconsider (#53).  On April 16, 2014, Magistrate Judge Cooke issued an order (#74) denying the plaintiffs' motion for leave to file documents under seal.

1

1   In light of the Magistrate Judge's order (#74), the union
2 defendants' motion to reconsider (#53) is hereby denied as moot.
3   IT IS SO ORDERED.
4   DATED: This 6th day of May, 2014.

                                                   /s/ Howard D. McKibben
                                                 UNITED STATES DISTRICT JUDGE