# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ISSAC AVENDANO, *et al.*, | ) | |
| | ) | 3:13-cv-00168-HDM-VPC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| SECURITY CONSULTANTS | ) | |
| GROUP, INC., *et al.*, | ) | |
| | ) | |
| | ) | December 18, 2014 |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>      LISA MANN      </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                </u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiffs filed a motion to seal documents #109-1 and #109-2 (#121).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

     **IT IS ORDERED** that plaintiffs' motion to seal documents #109-1 and #109-2 (#121) is **GRANTED**.  The Clerk shall place documents #109-1 and #109-2 under seal.

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
     Deputy Clerk