# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ISSAC AVENDANO, *et al.*,  )
                                     )   3:13-cv-00168-HDM-VPC

     Plaintiffs,  )

                                     )   **MINUTES OF THE COURT**

     v.  )

SECURITY CONSULTANTS  )
GROUP, INC., *et al.*,  )

                                     )   April 10, 2015

     Defendants.  )

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     The stipulation to vacate the case management conference set for April 13, 2015 at 9:00 a.m. (#167) is **DENIED**. The Court will address the parties' stipulation to extend discovery deadline (#166) at the case management conference.

        **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:          /s/
                                                               Deputy Clerk