Robert Kapitan, Esq.
Ohio Bar No.: 0074327
United Government Security Officers of America
8670 Wolff Court, Suite 201
Westminster, CO 80031
(330) 703-9307

Michael E. Langton, Esq.
Nevada Bar No.: 0290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557

Counsel For Defendants
United Government Security Officer of America International Union and
United Government Security Officers of America, Local 283

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC AVENDANO, et al. | CASE NO. 3:13-CV-00168 HDM-VPC |
| Plaintiffs, | |
| vs. | |
| SECURITY CONSULTANTS GROUP, et al. | |
| Defendants. | |

**DEFENDANTS UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION AND UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL 283'S MOTION TO EXCUSE ATTORNEY KAPITAN FROM ATTENDANCE AT THE MAY 14, 2015 STATUS CONFERENCE**

Now come Defendants United Government Security Officers of America, International Union, and Local 283 (hereinafter "Union Defendants"), and hereby submit their Motion to Excuse Attorney Kapitan from Attendance at the May 14, 2015 Status Conference. A discovery status conference is currently scheduled for May 14, 2015 at 10 a.m. PST. Attorney Kapitan will be in route to Reno, NV to attend his deposition scheduled for May 15, 2015. Attorney Kapitan's flight will land at 11:39 a.m. on May 14, 2015. Due to this, and considering the facts that Attorney Langton will be present to represent the Union Defendants, and that there are no outstanding discovery disputes, Attorney Kapitan's excusal from attendance will not delay these proceedings. Based on the foregoing, the Union Defendants respectfully request that Attorney Kapitan be excused from attendance for the May 14, 2015 Status Conference.

Respectfully submitted,

/s/ Robert B. Kapitan
ROBERT B. KAPITAN
Ohio Reg. 0074327
8670 Wolff Court, Suite 210
Westminster, CO 80031
(303) 650-8515 - telephone
(303) 650-8510 - facsimile
rkapitan@ugsoa.com

MICHAEL LANGTON
Nevada Bar No. 0290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557

Attorneys for the United Government Security Officers of America, International Union and United Government Security Officers of America Local 283

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: May 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2015, this document(s) was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Robert B. Kapitan
Robert B. Kapitan