# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ISAAC AVENDANO and ROLAND DUENAS,  )  3:13-cv-00168-HDM-VPC
                                   )
            Plaintiffs,            )
                                   )  ORDER
vs.                                )
                                   )
SECURITY CONSULTANTS GROUP, INC.,  )
et al.,                            )
                                   )
            Defendants.            )
_____)

Before the court are the parties' stipulation for extension of dispositive motion deadline for corporate defendants (#195), and defendant's unopposed motion for extension of dispositive motion and response deadlines (#196). The stipulation of the parties (#195) and unopposed motion (#196) are hereby **GRANTED**. The dispositive motion deadline is hereby extended up to and including August 12, 2015. The response deadline is hereby extended to September 18, 2015. No further extension will be permitted.

**IT IS SO ORDERED.**

DATED: This 20th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE