**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ISSAC AVENDANO and ROLANDO     )     3:13-cv-00168-HDM-VPC
DUENAS,                        )
                               )
                Plaintiffs,    )     ORDER
                               )
                               )
vs.                            )
                               )
SECURITY CONSULTANTS GROUP, INC.,)
et al.,                        )
                               )
                Defendants.    )
_____)

     Plaintiffs' motion for leave to consolidate their reply briefs
to the Corporate and Union Defendants' motions for summary judgment
and file in excess of the page limits (# 203) is **DENIED**.  Plaintiffs
shall have until September 23, 2015, to file their separate response
briefs to the motions for summary judgment (## 200, 201, 202) in
accordance with the 30-page limit of Local Rule 7-4.

     IT IS SO ORDERED.

     DATED: This 16th day of September, 2015.

                              _Howard D McKibben_
                              _____
                              UNITED STATES DISTRICT JUDGE

1