1
2
3
4
5
6
7
8
9

10                  **UNITED STATES DISTRICT COURT**

11                       **DISTRICT OF NEVADA**

12

13  ISSAC AVENDANO and ROLANDO      )        3:13-cv-00168-HDM-VPC
    DUENAS,                         )
14                                  )
                 Plaintiffs,        )        ORDER
15                                  )
                                    )
16  vs.                             )
                                    )
17  SECURITY CONSULTANTS GROUP, INC.,)
    et al.,                         )
18                                  )
                 Defendants.        )
19  _____ )

20       On September 25, 2015, plaintiffs filed a series of documents

21  titled responses in opposition to defendants' motion for summary

22  judgment (##211-222).  It appears to the court that a number of the

23  documents are duplicative.  Accordingly, the clerk of the court is

24  **INSTRUCTED** to strike the documents at ##211-222.  Plaintiffs shall

25  have until October 2, 2015, within which to re-file one response in

26  opposition to each motion for summary judgement on behalf of each

27  plaintiff.  In addition, rather than attaching separate exhibits to

28  each response, plaintiffs shall file one set of consecutively numbered

                                  1

exhibits to which each plaintiff may refer in each of the oppositions filed.

    IT IS SO ORDERED.

    DATED: This 29th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE