**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ISSAC AVENDANO and ROLANDO DUENAS, | ) ) ) | 3:13-cv-00168-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| SECURITY CONSULTANTS GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

On October 2, 2015, plaintiffs filed exhibits to their responses in opposition to the motions for summary judgment under seal (#231) without an accompanied motion to seal. Pursuant to Local Rule 10-5(b), "[u]nless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal."

Plaintiffs shall file a motion to seal no later than October 14, 2015, that sets out the compelling reasons justifying the sealing of the exhibits, as well as whether the exhibits can be redacted as opposed to sealed in their entirety. The exhibits will remain sealed

1

at this time.  Failure to file a motion to seal no later than October 14, 2015, may result in an order unsealing the exhibits.

    IT IS SO ORDERED.

    DATED: This 7th day of October, 2015.

                                   */s/ Howard D. McKibben*
                                   UNITED STATES DISTRICT JUDGE