**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ISSAC AVENDANO and ROLANDO DUENAS, | ) ) ) | 3:13-cv-00168-HDM-VPC |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) ) | |
| SECURITY CONSULTANTS GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

On October 14, 2015, plaintiffs filed a motion to seal exhibits to their responses in opposition to the motions for summary judgment (#238). The sole reason plaintiffs provided for sealing Exhibit Nos. 30, 31, and 45 is that they were "designated as confidential by either the Union (Ex. 45) or Corporate Defendants (Exs. 30-31)." #238 at 3.

Defendants shall have until October 21, 2015, to file a response to plaintiffs' motion to seal that sets out the compelling reasons justifying the sealing of the exhibits, as well as whether the exhibits can be redacted as opposed to sealed in their entirety. The exhibits will remain sealed at this time. Failure to file a response

1

no later than October 21, 2015, may result in an order unsealing the exhibits.

IT IS SO ORDERED.

DATED: This 15th day of October, 2015.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE