**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ISSAC AVENDANO, et al., | ) | 3:13-cv-00168-HDM-VPC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| SECURITY CONSULTANTS GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 30, 2016, the court ordered the parties to submit a stipulation for dismissal no later than April 8, 2016, at 12:00 p.m. (#265). To date, the parties have failed to file a stipulation for dismissal. Accordingly, the court sets a hearing for April 20, 2016, at 9:00 a.m. (PDT) at which time the parties shall show cause as to why the court should not enter judgment in accordance with the settlement terms reached by the parties at the settlement conference and set forth on the record with Magistrate Judge McQuaid and confirmed at this court's hearing on March 30, 2016. The participants shall only appear telephonically by calling AT&T no later than 5

1

minutes prior to the hearing at 1(888)684-8852 with Access Code 5816466 and Security Code 0420.

IT IS SO ORDERED.

DATED: This 12th day of April, 2016.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2